THEODORE ARNOLD v.
BOARD OF ADJUSTMENT OF THE TOWN OF NUTLEY.

March 2, 1976.  Petition for certification denied.

INDUSTRIAL NATIONAL BANK OF RHODE ISLAND v.
NEW JERSEY DEPARTMENT OF TRANSPORTATION.

March 2, 1976.  Petition for certification denied.

ROCKAWAY TOWNSHIP AMERICAN LEGION POST #344 v.
TOWNSHIP OF ROCKAWAY.

March 2, 1976.  Petition for certification denied.

HARRISON EQUIPMENT COMPANY v.
FRANK BRISCOE COMPANY.

March 2, 1976.  Petition for certification denied.

MELVIN J. McBRIDE v.
CITY OF ATLANTIC CITY.

March 2, 1976.  Petition for certification granted.

LORETTA AUERBACH v.
MEMORIAL GENERAL HOSPITAL.

March 2, 1976.  Petition for certification denied.